```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 04765
   LOUIS M WITT
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4493

--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 02/29/2008 and was confirmed 04/23/2008.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.00%.

   The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          3868.13          .00            .00
CHASE HOME FINANCE LLC     NOTICE ONLY      NOT FILED          .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG         .00           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1096.54          .00            .00
ECAST                      UNSECURED           950.72          .00            .00
NORTHWEST HEALTH CARE AS   UNSECURED        NOT FILED          .00            .00
LVNV FUNDING LLC           UNSECURED           770.28          .00            .00
BENEFICIAL ILLINOIS INC    SECURED            1000.00         7.43         212.93
BENEFICIAL ILLINOIS INC    UNSECURED          2620.14          .00            .00
ROYAL PRESTIGE CREDIT      SECURED             250.00         1.63         108.55
ROYAL PRESTIGE CREDIT      UNSECURED        NOT FILED          .00            .00
JOSEPH P DOYLE             DEBTOR ATTY       2,814.00                      387.06
TOM VAUGHN                 TRUSTEE                                          62.40
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    780.00

PRIORITY                                           .00
SECURED                                         321.48
    INTEREST                                      9.06
UNSECURED                                          .00
ADMINISTRATIVE                                  387.06
TRUSTEE COMPENSATION                             62.40
DEBTOR REFUND                                      .00
                         ---------------    ---------------
TOTALS                     780.00               780.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 04765 LOUIS M WITT

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 04765 LOUIS M WITT